

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CALVIN WALLACE, JR., | § | No. 08-24-00069-CV |
| Appellant, | § | Appeal from the |
| v. | § | 440th Judicial District Court |
| The 52nd JUDICIAL DISTRICT COURT OF CORYELL | § | of Coryell County, Texas |
| COUNTY, TEXAS, and SANDY GATELY, | § | (TC# DC-24-55462) |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. It appearing to this Court that Appellant is indigent for purpose of appeal, this Court makes no further order with respect to costs. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF NOVEMBER 2024.


JEFF ALLEY, Chief Justice


Before Alley, C.J., Palafox, and Soto, JJ.